UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>                    -v.-<br><br>EDWARD SMITH,<br><br>                            Defendant. | 14 Cr. 813 (KPF)<br><br>**ORDER** |

KATHERINE POLK FAILLA, District Judge:

Defendant Edward Smith filed a motion for compassionate release on June 25, 2020. (Dkt. #80). The Government is hereby ORDERED to respond on or before **July 10, 2020**. Mr. Smith may file a reply on or before **July 17, 2020**.

    SO ORDERED.

Dated:   June 25, 2020
         New York, New York

_____
KATHERINE POLK FAILLA
United States District Judge