UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>-v.-<br><br>EDWARD SMITH,<br><br>                        Defendant. | 14 Cr. 813 (KPF)<br><br>**OPINION AND ORDER** |

KATHERINE POLK FAILLA, District Judge:

      The Court is in the process of evaluating several of Mr. Smith's pending motions, including his motion for compassionate release pursuant to 18 U.S.C. § 3582(c)(1)(A). In its review, the Court observed that the most recent supplement to the compassionate release motion is dated August 10, 2021. The Court directs the parties to submit supplemental letter briefs, updating the Court regarding any of the factual or legal issues contained in their submissions, on or before **April 15, 2022.**

Dated:    March 24, 2022
             New York, New York

                                                  KATHERINE POLK FAILLA
                                                  United States District Judge