UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| -v- | 14 Cr. 813 (KPF) |
| EDWARD SMITH, | **ORDER** |
| Defendant. | |

KATHERINE POLK FAILLA, District Judge:

On October 1, 2015, Defendant Edward Smith was sentenced principally to concurrent terms of 120 months' imprisonment on each of Counts One and Two of Indictment 14 Cr. 813. (*See* Dkt. #8 (indictment), 62 (judgment); October 1, 2015 Minute Entry). As a result of a previous motion for compassionate release pursuant to 18 U.S.C. § 3582(c)(1)(A)(i), the Court reduced the term of imprisonment to concurrent terms of 114 months' imprisonment. (Dkt. #92).

On February 22, 2024, Defendant filed a motion requesting that this Court consider a sentence reduction pursuant to Amendment 821 to the United States Sentencing Guidelines, which amendment went into effect on November 1, 2023, and applies retroactively. (Dkt. #95). The United States Probation Department thereafter issued a supplemental presentence investigation report indicating that Defendant is not eligible for a sentence reduction under Amendment 821. (Dkt. #96).

The Court has considered the record in this case and Defendant's submission on his motion. The Court finds that Defendant is ineligible for a reduction in his sentence because his Total Offense Level and Criminal History Category do not change as a result of Amendment 821, and thus DENIES his motion. The Clerk of Court is directed to terminate the motion at docket entry 95, and is further directed to mail a copy of this Order and the accompanying AO 247 form to Mr. Smith at the following address:

> EDWARD SMITH, #71588-054
> USP VICTORVILLE
> U.S. PENITENTIARY
> P.O. BOX 3900
> ADELANTO, CA  92301-0710

SO ORDERED.

Dated:   March 15, 2024
         New York, New York

_____
KATHERINE POLK FAILLA
United States District Judge