UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

      -v-

EDWARD SMITH,

                Defendant.

14 Cr. 813 (KPF)

**ORDER**

KATHERINE POLK FAILLA, District Judge:

Based on the Court's communications with the parties, the conference currently scheduled for June 16, 2026, is hereby ADVANCED to **April 30, 2026**, at **10:00 a.m.** in Courtroom 618 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York.

Dated:      April 24, 2026
           New York, New York

                                  KATHERINE POLK FAILLA
                               United States District Judge