UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------- X

UNITED STATES OF AMERICA,

               v.

EDWARD SMITH,

               Defendant.

-------------------------------------------------------- X

14 Cr. 813 (KPF)

ORDER

KATHERINE POLK FAILLA, District Judge:

It is hereby ORDERED, that the defendant, Edward Smith, USM# 71588-054, is hereby remanded to the custody of the United States Marshal.

SO ORDERED.

Dated:     April 30, 2026
          New York, New York

_____
KATHERINE POLK FAILLA
United States District Judge