June 11, 2026

The Honorable Katherine Polk Failla
United States District Judge
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

**MEMO ENDORSED**

**Re: *United States v. Edward Smith,* 14 Cr. 813 (KPF)**

Dear Judge Failla:

Mr. Smith is scheduled for sentencing on July 30, 2026, following his admission to several specifications in a Violation of Supervised Release Report submitted by the Probation Department. I write, with the agreement of the government and Probation Department, to respectfully request a two-week adjournment of sentencing.

On a logistical note, I was assigned a CJA duty day on July 30th in the Eastern District, and this sentencing would interfere with that assignment, and it is difficult to trade duty days in the summer. More substantively, I unfortunately need more time to submit a sentence memorandum. I am just back from vacation and am attending a death penalty conference this week. Lastly, I am still waiting for information from Mr. Smith's family concerning his work situation, as well as interactions with one of the victims, that might be helpful for the Court to consider for sentencing purposes.

If the Court agrees, the parties are available anytime during the week of August 10th.

I appreciate the Court's consideration.

Respectfully submitted,

/s/

Florian Miedel
*Attorney for Edward Smith*

Application GRANTED.

The VOSR sentencing currently scheduled for July 30, 2026, is hereby ADJOURNED to **August 12, 2026**, at **3:30 p.m.** in Courtroom 618 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York. Accordingly, the defense's sentencing submission shall be due on or before **July 29, 2026**, and the Government's sentencing submission shall be due on or before **August 5, 2026.**

The Clerk of Court is directed to terminate the pending motion at docket entry 118.

Dated: July 14, 2026
New York, New York

SO ORDERED.

Katherine Polk Failla

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE